provision that the written consent of the lessor must be obtained was for the protection of the lessor and could be waived by it.

2. LANDLORD AND TENANT, § 221*—*when tenant liable for cost of removing structure.* A lessee who had erected a structure on premises devised under a written lease, not providing for the erection, *held* liable to the lessor for money expended by him in removing the structure at the termination of the tenancy.

3. TRIAL, § 83*—*when not abuse of discretion to reopen case.* Where, after the plaintiff and the defendant had apparently rested, the court allowed the plaintiff, on his request, to introduce further testimony, *held* that there was no abuse of discretion in so doing.

4. ACCOUNT STATED, § 25*—*when proof of individual items unnecessary.* Where a statement of account of the plaintiff against the defendant was shown to the defendant who agreed to its correctness and promised to pay the amount at a later date, *held* that it was not necessary that the plaintiff, in order to recover, should introduce evidence in detail as to the various items.

## Charles E. Sanderson, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 22,437.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court at the March term, 1916. Reversed with finding of fact. Opinion filed November 27, 1916. Rehearing denied December 11, 1916.

### Statement of the Case.

Action by Charles E. Sanderson, plaintiff, against the Chicago City Railway Company, defendant, in the Circuit Court of Cook county, to recover for personal injuries sustained as a result of a collision between defendant's car and a wagon which plaintiff was driving, causing plaintiff to be thrown from the wagon. From a judgment for plaintiff for $625, defendant appeals.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

JOHN E. KEHOE and FRANK L. KRIETE, for appellant; W. W. GURLEY and J. R. GUILLIAMS, of counsel.

A. H. RANES, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opin-ion of the court.

## Abstract of the Decision.

STREET RAILROADS, § 98*—*when driver of wagon guilty of contribu-tory negligence.* A driver of a wagon proceeding north on the east side of a street, who, after seeing an approaching southbound car two blocks to the north of him, stopped to allow a northbound car to pass and suddenly, without any previous indication of his in-tention of doing so, turned west across the southbound track im-mediately behind the northbound car while the southbound car was but fifteen feet away and running at from seven to ten miles an hour, and was struck by it before he could clear the track, *held* guilty of contributory negligence barring a recovery for the injury sustained as the result of the collision.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.